IRENE O. ACKEY, as Guardian ad Litem of JOSEPH J. PERRIA, an Infant, Respondent, v. JEAN P. BRUNEAU, Defendant, and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.—

630

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.